**COZEN O'CONNOR**
Valerie D. Rojas, State Bar No. 180041
*vrojas@cozen.com*
Angel Marti, III, State Bar No. 305300
*amarti@cozen.com*
601 South Figueroa Street, Suite 3700
Los Angeles, CA  90017-5556
Telephone: 213.892.7900
Facsimile: 213.892.7999

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZILA NEMAN, an individual; and BIJAN NEMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:19-cv-10104-RGK-AFM<br><br>Assigned to Honorable Judge Gary Klausner<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S [PROPOSED] VOIR DIRE**<br><br>Pre-Trial Conference:   02/01/21<br>Trial Date:                    02/16/21 |

**TO THE HONORABLE COURT:**

Defendant State Farm General Insurance Company ("State Farm") submits its proposed questions for the Court's voir dire examination of the jury panel:

1. Have you or your partner had any training, education, or experience in any of the following areas: construction, insurance, property remediation, or pool maintenance or repair?  If yes, please describe that experience?

2. Who feels like they have a particular dislike, or had a bad experience with, an insurance company?

3. Who feels like they have a particular dislike, or had a bad experience, with

a large corporation?

4. Has anyone here suffered property damage to your home or office due to winds? If yes, would you please explain the circumstances of that loss and how you repaired the damage? If yes, did you make an insurance claim on that loss? If yes, was that insurance claim resolved satisfactorily?

5. Does anyone here have a swimming pool? If yes, has your pool ever been damaged? If yes, did you make an insurance claim for that damage? If yes, was that insurance claim resolved satisfactorily?

6. Have you ever made an insurance claim? What kind of insurance policy? Was the claim denied or paid? Do you think you were treated fairly? Why or why not?

7. Is anyone here familiar with State Farm General Insurance Company ("State Farm")? If so, what are your experiences with State Farm? What have you heard or read? Are you a State Farm policyholder?

8. Do you have any opinions of State Farm? Have you formed any opinions about this case based upon what you have heard or read about State Farm?

9. Have you ever heard or read about Bijan or Nazila Neman, who are the plaintiffs in this case? If yes, what have you heard or read?

10. Having heard who the parties are – two individuals and a large insurance company - do you feel you are already leaning toward one side or the other? If yes, what side are you leaning toward?

11. Have you ever served on a jury before? How many times? Was your service in federal or state court and when was that service? Was your service in a civil or criminal case and did the jury reach a verdict?

12. Have you ever been a Plaintiff (person suing) or a Defendant (person being sued)?

13. Does anyone here feel that just because this case is going to trial in federal court that the Nemans must be right about their allegations against State Farm?

14. [Will the fact that the Nemans have a daughter with a disability make it

difficult for you to be completely fair and impartial to State Farm? *Question proposed if State Farm's motion *in limine* to exclude reference to the medical condition of Plaintiffs' daughter is denied by the Court].

DATED: January 25, 2021          COZEN O'CONNOR

By: */s/Valerie D. Rojas*
Valerie D. Rojas
Angel Marti, III
Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

LEGAL\50005554\1