**DENIED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZILA NEMAN, an individual; and BIJAN NEMAN, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10104-RGK (AFMx)<br><br>**[PROPOSED] ORDER RE DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE TRIAL DATE BY FOUR WEEKS TO SEPTEMBER 7, 2021** |

　　Having considered State Farm General Insurance Company's *Ex Parte* Application for an Order Continuing the Trial Date by Four Weeks to September 7, 2021, ~~and good cause appearing therefor, it is hereby ORDERED that:~~

　　~~The trial date is continued from August 10, 2021, to September 7, 2021, at 9:00 a.m. [or_____].~~  The ex parte application is denied.

**IT IS SO ORDERED.**

Dated: __July 23__, 2021

　　　　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LEGAL\53454272\1