UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| NAZILA NEMAN, an individual; and BIJAN NEMAN, an individual;<br><br>    Plaintiffs,<br><br>  vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:19-cv-10104-RGK-AFM<br><br>**[PROPOSED] JUDGMENT**<br><br>AMENDED |

The Jury Verdict in the above-referenced matter was filed on August 27, 2021 (Dkt. # 106). **Judgment was initially entered on September 21, 2021 (Dkt. # 114.) After consideration of post-trial motions, judgment is amended as follows for the reasons described in the Court's Order at Dkt. #162.**

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. That plaintiffs NAZILA NEMAN and BIJAN NEMAN ("Plaintiffs") shall have judgment in their favor and against defendant STATE FARM GENERAL INSURANCE COMPANY ("Defendant");
2. That Plaintiffs shall recover from Defendant the amount of ~~$5,893,900.92~~ **$893,900.92;**
3. That Plaintiffs are entitled to an award of pre-judgment interest **of $208,725.86 on the breach of contract damages**;
4. That Plaintiffs are entitled to post-judgment interest; and
5. That Plaintiffs are awarded their costs ~~and attorneys' fees~~.

**IT IS SO ORDERED.**

DATED: December 14, 2021

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Submitted by:

Boris Treyzon, Esq. (SBN 188893)
btreyzon@actslaw.com
Sara A. McClain, Esq. (SBN 268429)
smcclain@actslaw.com
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Blvd., Ste. 200
Los Angeles, CA 91436
Telephone: (424) 288-4367
Facsimile: (424) 288-4368

Attorneys for Plaintiffs
NAZILA NEMAN and BIJAN NEMAN